

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED

MAR 2 2 2010 **NF**
MAR 22, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BEYONCA JOHNSON,                        )
                                        )
    PLAINTIFF,                         )
                                        )
        V.                          10cv1804
                                        Judge Virginia M. Kendall
PROVISO TOWNSHIP HIGH SCHOOLS           Magistrate Geraldine Soat Brown
DISTRICT 209; NETTIE COLLINS HART,
SUPERINTENDENT OF PROVISO               )
TOWNSHIP HIGH SCHOOLS DISTRICT          )
209; EMANUEL CHRISTOPHER WELCH,         )
PRESIDENT OF THE PROVISO TOWNSHIP       )
DISTRICT 209 SCHOOL BOARD; KELLY        )
BROWN, HUMAN RESOURCES MANAGER          )
OF PROVISO TOWNSHIP DISTRICT 209,       )                    **JURY DEMAND**
                                        )
    DEFENDANTS.                        )

**COMPLAINT**

    NOW COMES, the PLAINTIFF, BEYONCA JOHNSON, (hereinafter 'PLAINTIFF

MS. JOHNSON') by and through her Attorneys, ELIJAH IMANUEL MESHIAH and

JAMES MERLE CHILDS JR., complaining against DEFENDANT, PROVISO

TOWNSHIP HIGH SCHOOLS DISTRICT 209 (hereinafter 'DEFENDANT PROVISO

TOWNSHIP'); NETTIE COLLINS HART, (hereinafter 'DEFENDANT MS. HART');

KELLY BROWN, (hereinafter 'DEFENDANT MS. BROWN'); and EMANUEL

CHRISTOPHER WELCH, (hereinafter 'DEFENDANT MR. WELCH').

    And in support hereof, PLAINTIFF MS. JOHNSON shows as follows:

    1.    That this Court has jurisdiction of this case pursuant to Title VII of the Civil

Rights Act of 1964, 42 U.S.C. 2000e, et,seq., as amended by the Civil Rights Act of 1991.

    2.    That this action properly lies in this district pursuant to 28 U.S.C. 1391

because the instant claim arose in this judicial district.

3.      That PLAINTIFF MS. JOHNSON is; a Black U.S. citizen, twenty-nine (29) years of age, and a resident of Maywood, Illinois.

4.      That DEFENDANT PROVISO TOWNSHIP is a Governmental Body doing business as the Proviso Township High Schools District 209 school system in the State of Illinois, and at all times pertinent hereto, was an employer within the meaning of 42 U.S.C. 2000e (b) and 42 U.S.C. 12111.

5.      That DEFENDANT MS. HART is the Superintendent of Proviso Township, and, as such, is an agent of DEFENDANT PROVISO TOWNSHIP.

6.      That DEFENDANT MS. BROWN is the Human Resources Manager of Proviso Township,  and, as such, is an agent of DEFENDANT PROVISO TOWNSHIP.

7.      That DEFENDANT MR. WELCH is the President of the School Board of Proviso Township, and, as such, is an agent of DEFENDANT PROVISO TOWNSHIP.

8.      That PLAINTIFF MS. JOHNSON has complied with all of the administrative prerequisites by filing a timely charge of Discrimination based on sex with the EEOC on September 29, 2008, more than 60 days before the filing of this lawsuit.   A copy of the Charge is attached hereto.  See Exhibit A.

9.      That on Monday, December 21, 2009, PLAINTIFF MS. JOHNSON received her Notice of the Right to Sue letter from the EEOC.  See Exhibits B and C.

10.     That PLAINTIFF MS. JOHNSON files this cause of action within ninety (90) days of receipt of said Right to Sue letter.

2

## COUNT I - SEX DISCRIMINATION

11.     **PLAINTIFF MS. JOHNSON repeats and re-alleges paragraphs 1-10 that are set forth above, as though they are fully set forth herein.**

12.     **PLAINTIFF MS. JOHNSON began her employment with DEFENDANT PROVISO TOWNSHIP on December 3, 2007.**

13.     **PLAINTIFF MS. JOHNSON, during January 2008, began engaging in a personal and romantic relationship with DEFENDANT MR. WELCH.**

14.     **PLAINTIFF MS. JOHNSON, during June 2008, stopped her personal and romantic relationship with DEFENDANT MR. WELCH.**

15.     **PLAINTIFF MS. JOHNSON despite stopping her personal and romantic relationship with DEFENDANT MR. WELCH in June 2008, was the recipient of his repeated and continual un-welcomed sexual advances towards her during the months of June 2008, July 2008 and August 2008.**

16.     **PLAINTIFF MS. JOHNSON after stopping her personal and romantic relationship with DEFENDANT MR. WELCH was told by him that her job was gone and that she could kiss her job goodby.**

17.     **PLAINTIFF MS. JOHNSON after rejecting DEFENDANT MR. WELCH'S un-welcomed sexual advances he directed towards her in June 2008, was forced to perform her job duties at DEFENDANT PROVISO TOWNSHIP in a hostile work environment during June 2008, July 2008 and August 2008.**

18.     **PLAINTIFF MS. JOHNSON after rejecting DEFENDANT MR. WELCH'S un-welcomed sexual advances and being forced to work in a hostile work environment, was**

ultimately fired from her job on August 28, 2008.

19.     By the conduct described above, DEFENDANT PROVISO TOWNSHIP via its' agent, DEFENDANT MR. WELCH, intentionally discriminated against PLAINTIFF MS. JOHNSON in the terms, conditions and discharge of her employment due to sexual discrimination, in violation of Title VII of the Civil Rights Act of 1991, 22 U.S.C. 1981a (hereinafter 'Title VII').

20.     As a result of DEFENDANT MR. WELCH'S acts of sexual discrimination towards PLAINTIFF MS. JOHNSON in violation of Title VII, DEFENDANT PROVISO TOWNSHIP either knew or should have known of the illegal treatment that PLAINTIFF MS. JOHNSON suffered from said sexually motivated, discriminatory acts.

21.     As a result of DEFENDANT PROVISO TOWNSHIP'S acts via its' agent DEFENDANT MR. WELCH, which was continual and repeated un-welcomed sexual advances towards PLAINTIFF MS. JOHNSON, she has suffered loss of employment, wages, benefits, and other compensation.

WHEREFORE, PLAINTIFF MS. JOHNSON prays for and respectfully requests that this HONORABLE COURT grant her the following relief:

A.     An award of three-hundred thousand dollars ($300,00) for lost wages,

B.     An award for all prospective lost benefits,

C.     An award for Attorney's Fees and costs, and

D.     For any other relief that the COURT feels is fair, just and equitable.

4

Respectfully Submitted:
PLAINTIFF MS. JOHNSON

By: _____
ELIJAH MESHIAH & ASSOCIATES
Attorneys And Counselors At Law
Rev. Dr. Elijah Imanuel Meshiah
James Merle Childs, Jr.
400 West 76th Street - Suite 201
Chicago, Illinois  60620
Bus / Voice Mail / Fax (773) 635-6438

Dated: <u>March 22, 2010</u>

## COUNT II - RETALIATORY DISCHARGE

22.    PLAINTIFF MS. JOHNSON repeats and re-alleges paragraphs 1-21 that are set forth above, as though they are fully set forth herein.

23.    PLAINTIFF MS. JOHNSON performed her normal and customary job duties required of her position after stopping her personal and romantic relationship with DEFENDANT MR. WELCH.

24.    PLAINTIFF MS. JOHNSON took steps to eradicate said sexual discrimination in the workplace by complaining to DEFENDANT MR. WELCH that his continued, repeated and un-welcomed sexual advances towards her, made her work environment hostile.

25.    PLAINTIFF MS. JOHNSON took steps to eradicate said sexual discrimination by complaining to DEFENDANT PROVISO TOWNSHIP via one or more of its' agents, that she was the recipient of continued, repeated and un-welcomed sexual advances towards her, by DEFENDANT MR. WELCH, which made her work environment hostile.

5

26.    **PLAINTIFF MS. JOHNSON** considered her workplace to be violent and oppressive because though she made **DEFENDANT MR. WELCH** aware that his willful and wanton misconduct towards her showed a reckless indifference to her right to be free from such un-welcomed and un-wanted sexual advances, said conduct towards her never stopped but was presented to her maliciously and uglier with each of its' evil occurrences.

27.    As a result of -trying to rid herself of said sexual harassment- **PLAINTIFF MS. JOHNSON** was fired from her employment in retaliation for engaging in this protected activity.

28.    As a result of this act of Retaliation, **DEFENDANT PROVISO TOWNSHIP** knew or should have known of the illegal treatment **PLAINTIFF MS. JOHNSON** suffered, due to the actions of one or more of its agents named herein.

**WHEREFORE, PLAINTIFF MS. JOHNSON** prays for and respectfully requests that this **HONORABLE COURT** grant her the following relief:

A.    An award of three-hundred thousand dollars ($300,00) for lost wages,

B.    An award for all prospective lost benefits,

C.    An award for Attorney's Fees and costs, and

D.    For any other relief that the COURT feels is fair, just and equitable.

Respectfully Submitted:
PLAINTIFF MS. JOHNSON

By: _____

**ELIJAH MESHIAH & ASSOCIATES**
**Attorneys And Counselors At Law**
**Rev. Dr. Elijah Imanuel Meshiah**
**James Merle Childs, Jr.**
**400 West 76th Street – Suite 201**

6

Chicago, Illinois 60620
Bus / Voice Mail / Fax (773) 635-6438

Dated: <u>March 22, 2010</u>

## COUNT III - WRONGFUL TERMINATION

29.     PLAINTIFF MS. JOHNSON repeats and re-alleges paragraphs 1-28 that are set forth above as though they are fully set forth herein.

30.     PLAINTIFF MS. JOHNSON valued her employment with DEFENDANT PROVISO TOWNSHIP.

31.     PLAINTIFF MS. JOHNSON presumed that her employment would continue to be in full force and effect until she ceased to perform her duties and obligations under the terms of her employment.

32.     PLAINTIFF MS. JOHNSON was terminated from her employment intentionally and without just cause.

33.     PLAINTIFF MS. JOHNSON was terminated from her employment without being afforded due process of law.

34.     As a result of this act of Wrongful Termination DEFENDANT PROVISO TOWNSHIP knew or should have known of the illegal treatment PLAINTIFF MS. JOHNSON suffered due to the actions of one or more of its agents named herein,

WHEREFORE, PLAINTIFF MS. JOHNSON prays for and respectfully requests that this HONORABLE COURT grant her the following relief:

A.     An award of three-hundred thousand dollars ($300,00) for lost wages,

B.     An award for all prospective lost benefits,

7

C.     An award for Attorney's Fees and costs, and

D.     For any other relief that the COURT feels is fair, just and equitable.

Respectfully Submitted:
PLAINTIFF MS. JOHNSON

By: _____

ELIJAH MESHIAH & ASSOCIATES
Attorneys And Counselors At Law
Rev. Dr. Elijah Imanuel Meshiah
James Merle Childs, Jr.
400 West 76th Street - Suite 201
Chicago, Illinois 60620
Bus / Voice Mail / Fax (773) 635-6438

Dated: <u>March 22, 2010</u>

## COUNT IV - BREACH OF CONTRACT

35.     PLAINTIFF MS. JOHNSON repeats and re-alleges paragraphs 1-34 that are set forth above, as though they are fully set forth herein.

36.     PLAINTIFF MS. JOHNSON was offered the position with DEFENDANT PROVISO TOWNSHIP via its' agent, DEFENDANT MR. WELCH, of Executive Administrative Assistant to the Superintendent.

37.     PLAINTIFF MS. JOHNSON accepted said offer and began work with DEFENDANT PROVISO TOWNSHIP on December 7, 2008.

38.     PLAINTIFF MS. JOHNSON was never placed on probation for inadequate and/or insufficient and/or incompetent work performance.

39.     PLAINTIFF MS. JOHNSON was never warned verbally, that her job performance was inadequate and/or insufficient and/or incompetent.

40.     PLAINTIFF MS. JOHNSON was never warned in writing, that her job

8

performance was inadequate and/or insufficient and/or incompetent.

41.    PLAINTIFF MS. JOHNSON was thus, never advised that she was in breach of contract i.e. not performing her job duties per the terms and conditions upon which she was expected to perform.

42.    PLAINTIFF MS. JOHNSON to the contrary, because of her adequate, sufficient and competent work performance, was advised on May 20, 2008 that beginning July 1, 2008 her annual salary would raise from fifty-two thousand ($52,000) per year to fifty-eight thousand ($58,000) per year.  See Exhibit D.

43.    On August 28, 2008 one of DEFENDANT PROVISO TOWNSHIP'S agents took PLAINTIFF MS. JOHNSON'S identification badge and keys to the premises and escorted her out of the building and off DEFENDANT PROVISO TOWNSHIP'S premises.

44.    As a result of this act of Breach of Contract by one or more of its agents named herein, DEFENDANT PROVISO TOWNSHIP knew or should have known of the illegal treatment PLAINTIFF MS. JOHNSON suffered in violation of Title VII.

WHEREFORE, PLAINTIFF MS. JOHNSON prays for and respectfully requests that this HONORABLE COURT grant her the following relief:

A.    An award of three-hundred thousand dollars ($300,00) for lost wages,

B.    An award for all prospective lost benefits,

C.    An award for Attorney's Fees and costs, and

D.    For any other relief that the COURT feels is fair, just and equitable.

9

Respectfully Submitted:
PLAINTIFF MS. JOHNSON

By: _____

**ELIJAH MESHIAH & ASSOCIATES**
**Attorneys And Counselors At Law**
**Rev. Dr. Elijah Imanuel Meshiah**
**James Merle Childs, Jr.**
**400 West 76th Street - Suite 201**
**Chicago, Illinois 60620**
**Bus / Voice Mail / Fax (773) 635-6438**

Dated: <u>March 22, 2010</u>

## <u>COUNT V - PUNITIVE DAMAGES</u>

45.     PLAINTIFF MS. JOHNSON repeats and re-alleges paragraphs 1-44 that are set forth above, as though they are fully set forth herein.

46.     PLAINTIFF MS. JOHNSON was the recipient of; intentional, willful and wanton gross misconduct, by DEFENDANT MR. WELCH.

47.     PLAINTIFF MS. JOHNSON was the recipient of; reckless misconduct, grossly negligent misconduct, and intentional harm, by DEFENDANT PROVISO TOWNSHIP.

48.     An award of Punitive Damages is proper in this case not to compensate PLAINTIFF MS. JOHNSON but to punish said defendants.

49.     An award of Punitive Damages is proper in this case to deter others from engaging in such outrageous misconduct.

50.     An award of Punitive Damages is proper in this case because the actions described herein were not done accidently but were done deliberately with the intent to be; evil, oppressive and malicious.

10

**WHEREFORE, PLAINTIFF MS. JOHNSON prays for and respectfully requests**

that this HONORABLE COURT grant her the following relief:

A.    An award of three-hundred thousand dollars ($300,00) for lost wages,

B.    An award for all prospective lost benefits,

C.    An award for Attorney's Fees and costs, and

D.    For any other relief that the COURT feels is fair, just and equitable.

Respectfully Submitted:
PLAINTIFF MS. JOHNSON

By: _____

ELIJAH MESHIAH & ASSOCIATES
Attorneys And Counselors At Law
Rev. Dr. Elijah Imanuel Meshiah
James Merle Childs, Jr.
400 West 76th Street - Suite 201
Chicago, Illinois 60620
Bus / Voice Mail / Fax (773) 635-6438

Dated: <u>March 22, 2010</u>

**11**

From: Beyonca Johnson   Fax: (800) 685-8190   To: Attorney Timothy Bridge Fax: +1 (630) 762-1282   Page 1 of 1   11/12/2008 3:24

Case: 1:10-cv-01804 Document #: 1 Filed: 03/22/10 Page 12 of 15 PageID #:12

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA   ☒ EEOC | 440-2008-07846 |

| Illinois Department Of Human Rights | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Beyonca Johnson** | **(708) 785-4539** | **08-17-1980** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1903 S. 10th Ave, Maywood, IL 60153** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **PROVISO TOWNSHIP DISTRICT #209** | **500 or More** | **(708) 338-5910** |

| Street Address | City, State and ZIP Code |
|---|---|
| **8601 W. Roosevelt Road, Forest Park, IL 60130** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | **02-01-2008** | **09-22-2008** |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | ☐ CONTINUING ACTION | |

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet(s)):

I began working for Respondent on December 3, 2007. My most recent job ti.. as Executive Administrator to the Superintendent. During my employment, I have been sexually harassed. I engaged in a protected activity and was subsequently disciplined, demoted, suspended, and discharged.

I believe that I have been discriminated against because of my sex, female, and retaliated against for engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

SEP 2 9 2008

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 9-24-08 _____ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date   Charging Party Signature | |



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5055 2756

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

December 15, 2009

Ms. Beyonca Johnson
520 S. Laramie Ave.
Chicago, IL  60644-5074

Re:  EEOC Charge Against Proviso Township District # 209
      No. 440200807846

Dear Ms. Johnson:

Because you filed the above charge with the Equal Employment
Opportunity Commission, and more than 180 days have elapsed since the date
the Commission assumed jurisdiction over the charge, and no suit based
thereon has been filed by this Department, and because you have
specifically requested this Notice, you are hereby notified that you have
the right to institute a civil action under Title VII of the Civil Rights
Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named
respondent.

If you choose to commence a civil action, such suit must be filed in
the appropriate Court within 90 days of your receipt of this Notice.  If
you cannot afford or are unable to retain an attorney to represent you,
the Court may, at its discretion, assist you in obtaining an attorney.  If
you plan to ask the Court to help you find an attorney, you must make this
request of the Court in the form and manner it requires.  Your request to
the Court should be made well before the end of the time period mentioned
above.  A request for representation does not relieve you of the
obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC
Chicago District Office, Chicago, IL.

This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Thomas E. Perez
Assistant Attorney General
Civil Rights Division

by   *Karen S. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
    Proviso Township District # 209

**U.S. Department of Justice**

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

**PROVISO TOWNSHIP HIGH SCHOOLS**
District No. 209 – Cook County



**Kelli Brown**
**Office Manager**

8601 W. Roosevelt Road
Forest Park, Illinois 60130

Telephone: (708) 338-5971
Fax: (708) 338-5990
kbrown@pths209.org

May 20, 2008

Ms. Beyonca Johnson
Superintendent's Office
PMSA

Dear Ms. Johnson:

The Board of Education at its meeting on April 21, 2008, approved salary adjustments for Special Payroll employees for the 2008-09 school year.

For the 2008-09 school year, the Board of Education approved a new salary of $58,240.00, effective July 1, 2008, which will be reflected in the July 3, 2008 payroll.

Thank you for the quality of services you provide Proviso Township High Schools. I look forward to working with you in this new school year.

Sincerely,

Ms. Kelli Brown
Human Resources Office Manager

kb

Cc:     Personnel file



*Proviso Township High Schools, District 209 does not discriminate on the basis of race, color, national origin, gender or disability*