# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Beyonca Johnson

                                                Plaintiff,

v.                                                           Case No.: 1:10−cv−01804

                                                          Honorable Virginia M. Kendall

Proviso Township High Schools District 209, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 17, 2010:

      MINUTE entry before Honorable Virginia M. Kendall:Plaintiff's motion to dismiss this case pursuant to FRCP 41(a)(1)(A)(i) [12] is granted. Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.